IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JULIO LUCIANO-MOSQUERA

Petitioner

v.

UNITED STATES OF AMERICA

Respondent

CIVIL NO. 96-1888(CCC)
Crim. No. 91-170-9(CCC)

Section 2255

**O R D E R**

The Motion to Proceed in Forma Pauperis (**docket entry 26**) is GRANTED. The Application for Certificate of Appealability (**docket entry 25**) is GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, on September 28, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)